■ Arthur P. Fonseca, Respondent, v. Jacob M. Schaeffer, Appellant.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.